**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **National Association of Diversity Officers in Higher Education,** *et al.*, <br><br><br> Plaintiffs, <br><br> **v.** <br><br><br> **Donald J. Trump,** *et al.*, <br><br><br> Defendants. | Civil Case No. 8:26-cv-01532 |

### <u>PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>
### <u>AND 5 U.S.C. § 705 STAY</u>

Plaintiffs respectfully move the Court for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and a stay pursuant to 5 U.S.C. § 705 for the reasons more fully set forth in the accompanying Memorandum of Law. Plaintiffs ask that the Court enjoin Executive Order 14398, and stay or, in the alternative, enjoin the Federal Acquisition Regulatory Council Memorandum on Agency Implementation of Executive Order 14398 ("FAR Implementation") to prevent Defendants from causing irreparable harm to Plaintiffs, their members, and contractors around the country before this Court can resolve the merits of this case. Plaintiffs are likely to succeed on the merits of their claims that Defendants' actions violate the First and Fifth Amendments of the U.S. Constitution and the Administrative Procedure Act, Plaintiffs face

irreparable harm absent preliminary relief, and the balance of the equities and the public interest favor an injunction or stay.

WHEREFORE, Plaintiffs respectfully request that the Court enter a preliminary injunction and stay under 5 U.S.C. § 705 ordering that:

(i)    Executive Order 14398 ("Contractors Order") likely violates the First and Fifth Amendments to the United States Constitution and is hereby enjoined;

(ii)    The Federal Acquisition Regulatory Council Memorandum on Agency Implementation of Executive Order 14398 ("FAR Implementation") likely violates the First and Fifth Amendments and the Administrative Procedure Act and is hereby stayed pursuant to 5 U.S.C. § 705 or otherwise enjoined;

(iii)    Agency Defendants, and their officers, employees, and agents are prohibited from implementing, or taking any steps to implement, enforce, or otherwise give effect to the Contractors Order or FAR Implementation, or any substantively similar order, mandate, guidance, or instruction, including by mandating that, as a term of federal contracts, federal contractors must consent to the term set forth in Section 3 of the Contractors Order or any substantively similar provision or requirement; and

(iv)    Within 30 days of the Court's order, Agency Defendants shall restore the status quo ante that existed prior to the now-enjoined Contractors Order and stayed FAR Implementation, including by striking any language implementing or effectuating the Contractors Order that Defendants have purported to insert in any federal contract, contract-like instrument, contractors' subcontract, or subcontractor's lower-tier contract, and notifying parties to the contract of the Court's order.

June 4, 2026

Sarah von der Lippe*
MINORITY BUSINESS ENTERPRISE
LEGAL DEFENSE AND EDUCATION
FUND
1104 East Capitol St. NE
Washington, DC 20002
T: (202) 744-5415
SCvdL@mbeldefwatchdog.org

*Counsel for Plaintiffs NAMC and
    NAMC-DMV*

Respectfully submitted,

*/s/ Brooke Menschel*

Brooke Menschel (D. Md. Bar No. 31492)
Andrea J. Matthews*
Briana M. Clark*
Ross Snyder (D. Md. Bar No. 32162)
Steven Y. Bressler (D. Md Bar No. 31881)
Brian Netter (D. Md. Bar No. 31723)
Kristen Miller*+
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
F: (202) 796-4426
bmenschel@democracyforward.org
amatthews@democracyforward.org
bclark@democracyforward.org
rsnyder@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org
consultantkmiller@democracyforward.org

*Counsel for Plaintiffs*

*Admitted pro hac vice
+Of Counsel

**CERTIFICATION OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically on June 4, 2026, to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brooke Menschel*
Brooke Menschel
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bmenschel@democracyforward.org