# EXHIBIT 2

Proposed Order

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| |
|---|
| **National Association of Diversity Officers in Higher Education,** *et al.*, |
| Plaintiffs, |
| **v.** |
| **Donald J. Trump,** *et al.*, |
| Defendants. |

Civil Case No. 8:26-cv-01532

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION
AND 5 U.S.C. § 705 STAY**

Having considered the Plaintiffs' Motion for a Preliminary Injunction and 5 U.S.C. § 705 Stay, the accompanying memorandum, any related responses and replies filed and the imminent irreparable harm to Plaintiffs alleged herein, it is hereby,

**ORDERED** that the motion for a preliminary injunction and Section 705 stay is GRANTED as follows:

**ORDERED** that Executive Order 14398 ("Contractors Order") likely violates the First and Fifth Amendments to the United States Constitution and is hereby enjoined;

**ORDERED** that The Federal Acquisition Regulatory Council Memorandum on Agency Implementation of Executive Order 14398 ("FAR Implementation") likely violates the First and Fifth Amendments and the Administrative Procedure Act and is hereby stayed pursuant to 5 U.S.C. § 705 or otherwise enjoined;

**ORDERED** that Agency Defendants, and their officers, employees, and agents are prohibited from implementing, or taking any steps to implement, enforce, or otherwise give effect to the Contractors Order or FAR Implementation, or any substantively similar order, mandate, guidance, or instruction, including by mandating that, as a term of federal contracts, federal contractors must consent to the term set forth in Section 3 of the Contractors Order or any substantively similar provision or requirement; and

**ORDERED** that within 30 days of this Court's order, Agency Defendants shall restore the status quo ante that existed prior to the now-enjoined Contractors Order and stayed FAR Implementation, including by striking any language implementing or effectuating the Contractors Order that Defendants have purported to insert in any federal contract, contract-like instrument, contractors' subcontract, or subcontractor's lower-tier contract, and notifying parties to the contract of this Court's order.

**SO ORDERED.**

DATED:

_____
THE HON. ADAM B. ABELSON
UNITED STATES DISTRICT JUDGE