# EXHIBIT 4

Declaration of Todd Wolfson ("AAUP Decl.")

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| |
|---|
| **National Association of Diversity Officers in Higher Education**; *et al.*, |
| Plaintiffs |
| v. |
| **Donald J. Trump**, in his official capacity as President of the United States, et al., |
| Defendants. |

**Case No. 8:26-cv-01532**

## DECLARATION OF TODD WOLFSON

I, Todd Wolfson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the following is true and correct:

1.     I am the President of the American Association of University Professors ("AAUP"), one of the plaintiffs in this case.

2.     Prior to being elected President of AAUP in October 2024, I have held various leadership roles in the Rutgers chapter of AAUP, AAUP-AFT, including as its President and Vice President.

3.     AAUP is a membership association and labor union of faculty and academic professionals with chapters at colleges and universities throughout the country. We are a 501(c)(6) organization headquartered in Washington, D.C.

4.     AAUP has over 500 chapters that are made up of all AAUP members, or a sub-group of AAUP members, at one institution, as well as one national at-large chapter. Each AAUP

1

chapter has its own constitution, its own elected officers, and may represent AAUP chapter members at the institution. All AAUP chapter members are also members of the AAUP.

5.     AAUP provides support to AAUP chapters and to AAUP members. For example, AAUP provides training and material to chapter leaders on how to run a chapter, how to hold chapter elections, and how to represent chapter members. AAUP also provides training and material to chapter leaders and AAUP members on topics such as academic freedom, shared governance, and developments from the federal government.

6.     AAUP was founded by John Dewey and other preeminent scholars in 1915 to defend the ability of scholars, researchers, and educators to teach, write, and research without political and economic retaliation based on their viewpoints. Over a century later, AAUP finds itself vehemently defending the very principles that prompted its founding.

7.     This declaration is based on my personal knowledge, gathered through my own experiences and conversations with AAUP members and chapter leaders.

*AAUP and Our Membership*

8.     The mission of AAUP is to advance academic freedom and shared governance, define fundamental professional values and standards for higher education, promote the economic security of academic workers, and ensure higher education's contribution to the common good.

9.     As a component of that, we have long advocated for diversity in higher education, including programs that support diverse student bodies and faculty.

10.     In our experience, diversity is tied to academic freedom and shared governance, and broad representation of faculty members—in terms of gender, race, ethnicity, and other characteristics—is essential to fulfill the promise of academic freedom, to deepen existing

2

disciplinary approaches, and to open new academic disciplinary paths, including the study of inequality and discrimination.

11.     One of AAUP's core beliefs is that diversity results in better knowledge production, which is critical to expanding areas of inquiry and exposing, correcting, and filling gaps in our understanding.

12.     AAUP comprises approximately 55,000 members at over 600 schools across the country. They are faculty and academic professionals at all levels and within all sectors of higher education. AAUP members overwhelmingly work for entities, such as institutions of higher education, that hold federal contracts, subcontracts, or contract-like instruments.

13.     AAUP's members include those whose work focuses on topics related to diversity, equity, inclusion, race, and ethnicity, including faculty that teach courses focused on specific identities (e.g. Black studies, Latino studies, Asian studies, etc.) and faculty whose research focuses on inequality based on race, ethnicity, or other immutable characteristics. Further, some AAUP members teach students participating in graduate programs that focus on diversity, equity, and inclusion specifically. For many AAUP members, race and ethnicity is central to their academic work and their protected expression on diversity, equity, and inclusion is core to their academic role and their roles within broader society.

14.     The institutions that AAUP's members work for have active contracts with dozens of federal agencies. Those agencies include the Department of Commerce, the Department of Defense, the Department of Health and Human Services, the Department of the Interior, the Department of Transportation, the Department of Veterans Affairs, NASA, and the National Science Foundation, and many others.

3

15.    Many of AAUP's members that are faculty and academic professionals rely on the federal contracts these institutions have to support their work. For example, federal contracts fund the salaries of medical school faculty, graduate students, and other research who focus on health equity. This is especially true for AAUP members that work at medical schools or institutions that conduct health equity research related to whether and how race and ethnicity are connected to health outcomes. AAUP has a significant number of members who focus on such research. Other federal contracts fund research related to the impact of climate change and other environmental risks on diverse communities.

16.    AAUP also has individual members who engage in work that is funded by federal contracts.

*The Contractors Order Chills Expression of AAUP's Members*

17.    AAUP members whose teaching, research, or campus activities involve topics related to race, diversity, equity, or inclusion fear that their work might jeopardize their institutions' federal contracts and lead to adverse employment consequences according to the terms of Executive Order 14358 ("Contractors Order"). Similarly, they fear that their expression will mean that their employers cannot meet the conditions in the new contract clause required by the Contractors Order, which will result in the institutions losing access to funds that are crucial to the survival of the AAUP members' work.

18.    AAUP believes that the Contractors Order may be interpreted to extend to faculty and staff at higher education institutions other than those who work directly on federal contracts and could thus apply to the teaching, research and scholarship of AAUP members. AAUP understands that some higher education institutions share this belief.

19.     Because individual AAUP members recognize that their speech and expression may endanger their employers' contracts and subcontracts, they have begun to chill their expression to avoid any adverse consequences to themselves and their employer.

20.     For example, an AAUP member I will refer to as "Member A" is a professor of history at a university in the northeast United States that has federal contracts. Because Member A teaches American history to undergraduates and graduate students, their courses include discussion specific to the historical and current experience of Black people, Black social and political movements, and public policies that have targeted and excluded Black people. These topics are reflected in Member A's classroom discussions, syllabi, and occasionally in the titles of the courses they teach. Following the federal government's attacks on DEI, Member A has noticed a steep drop-off in enrollment for previously in-demand courses as students have expressed fear that having course titles referencing race on their transcripts will hurt their employment prospects. Member A is concerned that the Contractors Order will incentivize university administration to dismantle or change departments, programs of study, or individual classes that explicitly reference race or ethnicity in order to decrease the risk that the institution's federal contracts will be canceled. Member A is aware that unless they change or shift their academic work, their courses and discussions may be targeted as part of such changes.

***

21.     If the Contractors Order is implemented, and particularly if it is applied to reach expression beyond that specifically funded by federal dollars, it will have profound negative impacts on AAUP's members, the AAUP, and higher education in general. Individual faculty members, particularly those who concentrate on topics directly impacted by the order, will be restricted in their teaching, research and scholarship. These restrictions will result in fewer undergraduate

students taking classes offered by these faculty and will result in fewer graduate students enrolling in programs with this focus. With the limited ability to teach, research and publish, and reduced graduate and undergraduate students in their programs, it will be much more difficult for these faculty to find positions and advance. Moreover, faculty in these programs will likely see program eliminations or reductions, resulting in the termination of many of their positions.

22. The AAUP, and AAUP Chapters, will also suffer. The Contractors Order and its implementation harms the mission and threatens the core values of the AAUP. In particular, it endangers the values of advancing diversity, including promoting racial equity, and defending academic freedom by suggesting that any work to promote inclusive, diverse, and equitable campuses amounts to "racially discriminatory DEI activities."

23. In addition, AAUP as a membership organization is dependent on dues from faculty who are members of AAUP. As a result of the threat of the Contractors Order, we fear that institutions that employ AAUP members will roll back their support for work that touches on race or ethnicity. This would be devastating to AAUP members, who stand to lose positions or see their roles diminish or change. As faculty lose these positions, they will be unable to continue their participation in AAUP and our membership will decline.

24. Finally, the implementation of the Contractor Order will drain significant resources from AAUP and its chapters. We are already redirecting considerable time and resources from other core functions to answer questions and advise members and chapters on the impact of the Contractors Order and how, if at all, they should alter their work. As implementation continues, we expect to have to advise, represent, and defend faculty who lose their positions because their employers cut programs in an effort to comply with the Order, or because the government—or

higher education institutions—accuse our members of engaging in "racially discriminatory activities" and allegedly running afoul of the Order.

25.     The Contractors Order is a threat to AAUP and our members, as well as higher education. By declaring that issues around diversity, equity, inclusion, race, and ethnicity, which are core issues of public concern, constitute "racially discriminatory DEI activities," the government is effectively putting a straight jacket on the free and open marketplace of ideas that is the hallmark of the American higher education system. The Contractors Order and its implementation forces higher education institutions to surveil speech and association on campus, under threat of loss of contracts or liability under the False Claims Act, in a way that will radically alter the free exchange of ideas and constrain the ability of AAUP members—and countless other faculty, students, and staff—to exercise their rights to free speech, association, and academic inquiry.


Dated:    June 3, 2026                                              ___/s/ *Todd Wolfson*_____
                                                                            Todd Wolfson

7