# EXHIBIT 6

Declaration of Jim Simpson ("NAMC-DMV Decl.")

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF
DIVERSITY OFFICERS IN HIGHER
EDUCATION, *et al.*,

          Plaintiffs

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

          Defendants.

Case No. 26-1532

## DECLARATION FOR JIM SIMPSON

I, Jim Simpson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the following is true and correct:

1.     I am President of the National Association of Minority Contractors, DMV Chapter (NAMC-DMV), one of the plaintiffs in this case. NAMC-DMV is a 501(c)(6) non-profit trade association. Our organization's primary mission is to promote a contracting industry that provides access and opportunity to contractors from all backgrounds and demographics by striving to eliminate barriers that prevent minority contractors from thriving throughout the D.C., Maryland, and Virginia region.

2.     NAMC-DMV has approximately 25 members. NAMC-DMV is a chapter of the National Association of Minority Contractors (NAMC), another plaintiff in this case. While NAMC provides organizational and resource support to all NAMC chapters, NAMC-DMV is an independent organization with its own bylaws and board. We pay taxes as an organization and are independently incorporated in Maryland.

1

3.      Beyond NAMC-DMV, I am also President, CEO, and sole owner of Continental Construction Inc., a C-Corp construction contractor that specializes in door frames, hardware, glass and glazing work, and miscellaneous metal work. Continental Construction has served as a contractor and subcontractor on federal contracts and routinely works with other federal contractors and subcontractors on non-federal contracts. We are based out of Washington D.C. and primarily work in the D.C., Maryland, and Virginia region.

4.      This declaration is based on my personal knowledge, gathered through my own experiences and conversations with NAMC-DMV members, partners, and sponsors.

*NAMC-DMV's Structure, Background, and Information*

5.      NAMC-DMV was founded in 2022 to eliminate barriers that prevent minority contractors from thriving in the construction industry and to better promote opportunities for contractors in Washington D.C. and the surrounding region. It is incorporated in Maryland and headquartered in Bel Air, Maryland.

6.      NAMC-DMV is run by a board of its members. The board has ten members and includes a President, Vice-President, Treasurer, Secretary, and Membership Chair. I have served as President since NAMC-DMV's founding in 2022.

7.      As NAMC-DMV President, I represent the interests of NAMC-DMV members and am empowered to speak on their behalf.

8.      NAMC-DMV membership is open to people of all races and backgrounds, so long as they are interested in our programming, dedicated to our mission, and willing to pay their membership fee. We have 25 members, some of whom do not identify as racial minorities. About 70 percent of our membership are construction contractors, but some of our members work in other industries

2

like printing or catering. Our members contribute to major federal, state, municipal and private sector projects.

9.      NAMC-DMV provides several benefits to our members, including networking opportunities, advocacy, skills trainings and information sessions on public affairs, all aimed at making it easier for minority contractors to gain entry to, and succeed within, construction and other industries.

10.      NAMC-DMV's members are accomplished contractors who regularly work with federal contractors and subcontractors, and who bid on federal contracts and subcontracts.

11.      NAMC-DMV works with several corporate sponsors, many of whom hold federal contracts themselves, who provide financial and resource support to NAMC-DMV. Our sponsors provide us with dues, but they also help support our events, provide venues for our members to gather in, and provide trainings to our members on things like how to work with them in the future, procurement rules and policies, and the technology and software used in the procurement process. From the sponsor's perspective, NAMC-DMV provides crucial services like connections with qualified contractors who help sponsors access new networks, meet emerging businesses, promote competition (thus lowering prices), fulfill subcontracting needs, and complete projects. These companies provide critical supports for NAMC-DMV, including training, networking, and business support.

12.      I know all the members of NAMC-DMV personally and speak to them frequently through NAMC-DMV's programming, board meetings, and outreach. I am aware of the issues my members face and concerns that they have about their opportunities for success. Racial discrimination is a frequent barrier to NAMC-DMV members' ability to succeed in their respective industries, and this discrimination is still deeply engrained in construction and other contracting

3

industries throughout the region. This discrimination leads to NAMC-DMV members losing out on opportunities and being excluded from the industry entirely. A core value of NAMC-DMV is to try to acknowledge, address, and remove this discrimination.

13.    Both NAMC-DMV members and our sponsors attest to the value NAMC-DMV continues to serve in making contracting opportunities fairer and more equitable.

*NAMC's Efforts to Counter Minority Contractors Historic Exclusion from Contracting*

14.    A culture of racial discrimination has been a part of construction and other related industries since before I entered the business over 50 years ago. While many things have improved, unfortunately racial discrimination is still a part of the culture of these industries to this day. The result is that many minority-owned businesses do not have an opportunity to participate on equal footing with white-owned businesses. This culture has affected my work and the work of many NAMC-DMV members.

15.    Most contractors default to not including minority-owned businesses or minority employees if they don't have to. Without groups like NAMC-DMV, where members can work together to increase opportunities for themselves and other minority businesses, this problem would be even worse.

16.    Some contractors, owners, and government officials, have consistently expressed that they think projects will cost more when minority contractors are employed on the projects, just because they are minorities. And contractors view the term "minority contractor" as a bad word they associate with higher costs and more logistical issues. These perceptions are untrue and unfair. Through my 50 years in business, I have seen time and again that minority contractors come in with lower bids than white contractors. Often, if we don't bid lower than white-owned businesses, we can lose out even if we are providing higher quality work or more 'bang-for-the-buck.' This

4

culture is part of what NAMC-DMV seeks to address and overcome through our programming and other efforts.

17. Discrimination against minority-owned construction firms in the DMV area remains a real problem even though minority owned firms like NAMC-DMV's members provide consistent, high-quality, and competitive services that actually save contractors money.

18. Many contractors still rely on a "good old boys" network to assign much of their work, which means that small businesses that traditionally have not had access to construction or other industries have a hard time breaking through.

19. Even when minority-owned businesses get assigned to projects, in some cases discrimination is still common.

20. For example, in my own work, I have had white subordinates try to go around me and talk to my supervisor because they did not think I had the authority or know-how to oversee them. And I have had vendors quote a higher price for the same materials that the vendor provided for a white-owned firm at a lower rate. These types of discrimination make it difficult for me to be competitive and build a profitable business and network. And they are extremely common.

21. From talking to NAMC-DMV members, I know that I am not alone. Other members have similar experiences of discrimination and exclusion. These are just a few examples of the culture that pervades the construction industry and makes it hard for minority contractors to succeed.

22. This discrimination means that without organizations like NAMC-DMV, which provides a means of entry into these industries, many Black- and brown-owned businesses would have trouble getting started and some would be unable to survive. Through our programming, resources, services, and advocacy, NAMC-DMV promotes a contracting industry that provides access and opportunity to contractors from all backgrounds and demographics. We do this by providing

5

business development and engagement opportunities for members, including hosting sessions where prime contractors and large general contractors share information about upcoming opportunities and explain their expectations for subcontractors. We also provide regular programming updating members on different federal, state, and local policy issues.

23.    NAMC-DMV provides our members with a forum where we can all share experiences and acknowledge, and thus better address, the real impacts that racial discrimination has in the construction contracting industry. Different races have different opportunities because of the contractor industry's culture, and NAMC-DMV's work aims to overcome barriers that lead certain groups to be excluded.

*The Contractor's Order Chills NAMC-DMV's Association*

24.    Executive Order 14398 (Contractors Order) puts all of NAMC-DMV's work to eliminate barriers facing minority contractors at risk.

25.    The Trump Administration released the "Contractors Order" on my birthday. I learned about it that day when a notification about the Order popped up on my computer. I read it right away but was, and still am, confused about how much of NAMC-DMV's current work is allowed under its terms. I am concerned that much of our work is banned.

26.    I immediately began calling some of NAMC-DMV's sponsors to see what they thought about the order. They universally responded by saying that they did not understand what the Order covered and that they would have to wait until their legal teams carefully reviewed it before they could tell me how it might affect their relationship to NAMC-DMV.

27.    The Contractors Order has already chilled NAMC-DMV's freedom of association.

28.    I am worried that we may need to significantly revise or restrict current plans if we want to continue collaborating with many partners, sponsors, and even members, who will be unable to

6

collaborate with NAMC-DMV out of fear they will be punished for violating the terms of the Contractors Order.

29. For example, NAMC–DMV believes that it is very important for our organization and our members to conduct outreach to lots of different contractors' associations. This builds broader networks and business relationships. Over the past few years, we have conducted a lot of outreach and joint activities with a local Hispanic contractors' association. Now I am worried that making those sorts of community building efforts may cause NAMC-DMV members who are (or aspire to be) federal contractors or subcontractors to withdraw their membership in NAMC-DMV.

30. Similarly, we regularly ask some of our sponsors to support particular training or networking events, but based on concerns that we have already heard, we are considering whether we need to substantially alter our current plans, including if we might need to cancel some events.

31. If the Contractors Order stays in place, I am very worried that our sponsors will not be able to continue supporting us in the future.

32. If our sponsors ultimately decide not to continue their support, that will have a devastating effect on NAMC-DMV. Around ninety percent of NAMC-DMV's operating expenses come from sponsors. NAMC-DMV relies on our sponsors to provide our members with trainings, employment, and networking opportunities. Without their support, NAMC-DMV would struggle to effectively serve our members and continue much of our member programming. This would make keeping our current members and recruiting new members much harder. The Contractors Order is an existential threat to our organization's long-term survival.

*The Contractor's Order Chills NAMC-DMV's Speech*

33. The Contractors Order is also chilling NAMC-DMV's speech.

7

34.    NAMC-DMV has cohosted multiple political forums where candidates for local office can explain how they will help minority contractors and the general community. We supported an event like this—partnering with a Black business community organization as hosts—for the D.C. mayor's race in April, giving candidates the opportunity to discuss their plans for supporting Black businesses and the broader Black community. Because of the Contractors Order, we are now concerned about going forward with a similar event coming up in Maryland. We are worried that a forum which expressly focuses on promoting opportunities for, and addressing the issues facing, minority communities will be seen as "racially discriminatory DEI activities" under the Contractors Order. If so, that might hurt contracting opportunities for our members who would be forced to choose between expressing themselves on a key topic of public concern and continuing to associate with us on the one hand, or preserving their ability to work on federal contracts on the other. And it would hurt NAMC-DMV's partnerships with sponsors and other contractors who would not be able to be seen as supporting our work. I am worried that we will no longer be able to hold public education events like this in the future, and it will be more difficult for us to maintain our focus on ensuring that Black and minority-owned businesses have a fair chance to compete in the DMV.

*The Contractors Order Chills the Speech and Association of NAMC-DMV Members*

35.    The Contractors Order, and its implementation, also chills the expression of NAMC-DMV's members.

36.    Since the Contractors Order came out, NAMC-DMV members are concerned that the Contractors Order encompasses a huge amount of their speech, association, and conduct just because they are expressing themselves on an issue of public concern, namely trying to ensure fair opportunities for minority-owned firms and employees.

8

37.    Some NAMC-DMV members have considered whether they can still promote events that celebrate Black heritage and culture because they are worried that being involved in these events could undermine their ability to work with federal contractors. As just one example, one member (NAMC-DMV Member A) works to promote economic development in a historically Black and low-income community. This member seeks out annual opportunities to celebrate community culture and heritage, including by organizing events, sharing resources, and offering employees the chance to share their own experiences. Every year on April 16, D.C. Emancipation Day, an official holiday which commemorates the abolition of slavery in the District of Columbia, Member A encourages their employees to participate in Emancipation Day celebrations. This year, Member A worried that because of the Contractors Order, any effort to encourage employees to support efforts focused on Black heritage and history would violate the Order and be considered banned activities.

38.    Member B has expressed that it is very important to produce a sense of belonging and cohesion among workers in his company. Workers are most productive when they feel respected and a sense of belonging. Because many workers in Member B's company have a Latin American background, those same workers are already feeling fearful and under attack because of the aggressive immigration policies. Member B needs these workers and doesn't want them to quit so he regularly tries to give them a sense that they are appreciated and included by playing Latin American music and having Latin American food at some company events. Now Member B is considering whether he should stop hosting these sorts of team-building social events because of the Contractors Order.

39.    Member B was recently designated as a strategic partner of a larger prime contractor because of the quality of work he has performed over the years. He wonders, now that the

Contractors Order has been issued, whether big prime contractors will continue to build these types of partnerships with minority firms for fear of being accused of participating in so-called "DEI." This member is getting close to retirement and so isn't just worried about himself, but is also very worried about his son and other younger members of NAMC-DMV.

40.     Another NAMC-DMV member, Member C, is a white woman business owner and NAMC-DMV member who is a tremendous advocate for racial justice. Her company had the contract to paint a Black Lives Matter mural on a local city street.

41.     I understand that, while of course race and sex discrimination has always been present, Member C has felt increasing pressure and intimidation going back to President Trump's first term. She felt like in the beginning of Trump's Administration there was a sort of insidious and subtle effort to chill people's speech and association, but now, after the Contractors Order, she feels like it has been formalized and is full and open censorship, hostility and intimidation backed up by threats of debarment and False Claims Act (FCA) prosecutions.

42.     Member C is not willing to give up her right to speak, but she is equally committed to protecting her business and her employees. Even though she stands to lose business, money, and opportunities, Member C is shifting away from working with federal contractors so that they cannot exert pressure on her. Because of the Contractors Order, she is forced to choose between maintaining lucrative business opportunities or maintaining her expression. The big companies almost all hold federal contracts and have some of the most lucrative work and avoiding working with them will ultimately financially impact her business. But she feels like she can't take the chance of associating with them. Honestly, as another contractor who views her work, I know that it is top quality, like so many other NAMC-DMV members. If Member C can no longer work with

10

these companies because of the Contractors Order, it will certainly hurt her. But the loss to those companies, and the broader society, will be significant too.

43.     I know that Member C has already experienced blowback for speaking out about racial justice even before this Executive Order. She spoke out when the city demolished her Black Lives Matter street mural when President Trump was reelected. Since then, she has heard from numerous sources that contractors and agencies that work with her company have been made afraid of blowback if they are seen as working with a company that spoke out against the Administration. Now, the Contractors Order is essentially making it a prerequisite to getting a contract *not* to work with Member C. The Trump Administration is making it clear that they can try to prosecute her under the FCA or try to get her permanently debarred from federal contracting just for speaking out about racial discrimination or joining groups that work to address discrimination. Member C knows she could be targeted. As she said, "the fear is the point."

44.     Member C, like so many other NAMC-DMV members, is frustrated because she is being forced to censor her own speech and turn away from what she knows is right for her business. But as an American she is profoundly disturbed by the implications of being forced to work on smaller, less lucrative contracts just so that she doesn't lose her chance to speak on subjects that matter to her—like race discrimination. As she said, "that is un-democratic and not the America we want to work for and live in."

45.     I also understand from some members that there are special challenges for businesses that work with the D.C. government because D.C. is not a state and instead has a sort of hybrid status that requires closer interaction with the federal government. Because of the Contractors Order, Member D is having to rethink a promising strategy to save money and simplify his work on high-tech facilities security. Every time he has to register for the D.C. Supply Schedule he has to go

11

through a process of interacting in detail with the General Services Administration (GSA) Supply Schedule in order to satisfy various D.C. legal requirements. It is time-consuming and frustrating. He had been planning to just go ahead and register for the GSA Supply Schedule, even though it would be a costly initial investment, because it might save time and money in the long run and might allow him to qualify for some additional federal work as well.

46.    Since the Contractors Order was issued, Member D is rethinking that strategy. He is worried that registering on the GSA Supply Schedule will mean he will have more interactions with the federal government and federal contractors which will subject his company's commitment to promoting opportunity for Black employees and the Black community to increased scrutiny. As he said, "anyone with five senses can see what is happening. I feel like I'm a target just because I am Black."

47.    In addition to worrying about his company, Member D is worried about the civic leadership work he does and believes is vitally important.

48.    In particular, Member D is on the Board of a non-profit corporation that supports and preserves the history of a D.C. entity that was established at an earlier time of virulent discrimination and segregation and has historically served D.C.'s Black community. He thinks it's really important to preserve and remember this history, but he's worried that if he gets any more entangled with the federal contracting process, he could bring attention to his non-profit work in a way that might harm that cause because the federal government might view his work there as treating people differently based on race and define it as "racially discriminatory DEI activities" under the Contractors Order. That would not only harm the organization, but would also lead to Member D losing work.

12

49.    At the end of the day, I know that he has no choice but to endure some loss of income and increased inefficiency at work to protect his company and the causes that he believes are important. But it is unfair and a violation of his rights that he is forced into this position.

50.    Member E is another good example. She is a Black woman who owns and runs a specialized construction company that is often a subcontractor on government projects, including federal projects. She is widely acclaimed for the work that she does and is in demand.

51.    Since before the first administration of President Trump, Member E has experienced increasing forms of insincere and patronizing behavior toward businesses owned by women and people of color—identities she herself embodies as a Black woman business owner. Throughout her career in the construction industry, she has consistently faced systemic barriers and skepticism masquerading as shock that her work is excellent. What may appear to outsiders as compliments are actually expressions of surprise that she is not just competent, but highly skilled. These comments convey an implicit message that her presence or success is attributable primarily to subcontracting programs intended to promote inclusivity, rather than to her qualifications, expertise, and proven capabilities. In recent years, this dynamic has intensified into a more overt hostility, a shift that has been significantly exacerbated by the Contractors Order.

52.    As she said: "I feel like we are facing a double-edged sword. For years I was only asked to bid when the contract called for minority participation, even with a proven resume of work. It has taken me decades to be regarded as a competent contractor in my own right, without regard to certifications. I now feel like there are a handful of contractors who do not assume that I am inferior and incompetent as a Black woman. But now, under this E.O., I will face discrimination and mistreatment because primes, even ones who know I am highly qualified and skilled, will choose to work with a white male owned company rather than risk hassle and potential legal exposure

13

involved in an allegation that they hired me for some forbidden 'diversity' rationale. It is so unfair that it is absurd—but that is what is happening."

53.     Member E is also very worried about the implications of the Contractors Order for a construction skills training program she is planning to open. The program would not be restricted by race or ethnicity, but because she works in the DMV and wants to focus on inner-city youth, returning citizens, and recent high school graduates who are looking to get into the construction trades, she knows that many of the applicants—perhaps all of them—will be Black or brown. She worries that, under the Contractors Order, she will be accused of operating a racially discriminatory DEI training program even though her program will be open to all.

54.     It's so counter-productive that someone as talented and civic minded as Member E is being disincentivized from offering programs our people and our communities so desperately need.

***

55.     The scope of the Contractors Order is so broad that it is hard for us to know how much of our expression is captured. We are very cautious about any speech that might seem like it focuses on race or ethnicity. Many of our members have expressed the same concern. It is hard to know what place NAMC-DMV will have as an organization in the future if the Contractors Order takes full effect.

Dated:   6|3|26

_____
Jim Simpson

14