# EXHIBIT 7

Declaration of Karin Rosemblatt ("UAM-UMD Decl.")

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **National Association of Diversity Officers in Higher Education**; *et al.*,<br><br>    Plaintiffs<br><br>        v.<br><br>**Donald J. Trump**, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | **Case No. 8:26-cv-1532** |

**DECLARATION OF KARIN ROSEMBLATT**

I, Karin Rosemblatt, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the following is true and correct:

1.      I am President of United Academics of Maryland-University of Maryland, College Park (UAM-UMD), one of the plaintiffs in this case.

2.      UAM-UMD is a membership organization that represents full-time and part-time tenured, tenure-track, professional-track, contingent, research, instruction, and library faculty at the University of Maryland, College Park. We have approximately 500 members.

3.      As UAM-UMD's President, I was elected by our membership to provide executive leadership and speak on the organization's behalf. In the course of my duties, I speak regularly with our members in order to understand their experiences and concerns. Because I am a faculty member at University of Maryland, College Park, I am also able to observe circumstances at the University directly.

4.      I am a historian of twentieth-century Latin America and received my Ph.D. from the University of Wisconsin-Madison. My most recent book, *The Science and Politics of Race in Mexico and the United States, 1910-1950*, traces the history of the social and human sciences in Mexico and the United States, exploring connections among the development of science, the concept of race, and policies toward indigenous peoples. I have held fellowships from Fulbright and the National Endowment for Humanities, and I have received the National Science Foundation Scholar Award for my work on race.

5.      This declaration is based on my personal knowledge, gathered through my own experiences and conversations with UAM-UMD members.

*UAM-UMD's Mission and Structure*

6.      UAM-UMD works to secure fair, equitable, and transparent working conditions for all campus workers; defend academic freedom; and oppose the punishment of scholars for conducting research and speaking in support of freedom, democracy, diversity, and inclusion. UAM-UMD advocates for the University of Maryland, College Park to promote the values of democracy, justice, and racial and gender equality, including in its policies, operations, and budget decisions.

7.      UAM-UMD is also the University of Maryland, College Park chapter of the American Association of University Professors, another plaintiff in this matter. The nature of that affiliation is mutual support and collaboration where UAM-UMD and national work is aligned.

8.      UAM-UMD members engage in teaching and research across a range of disciplines, including teaching and research that discusses and investigates issues relating to racial or ethnic identity. For example, some UAM-UMD members research how health outcomes may vary in connection with race or ethnicity, how people may experience systems and institutions

differently in connection with their race or ethnicity, and how people in specific racial or ethnic groups may benefit from policy interventions that are sensitive to their racial or ethnic identities. UAM-UMD members also participate in and provide support for campus activities, including student organizations, that highlight and discuss racial or ethnic identity even while being open to qualified participants, regardless of race or ethnicity. UAM-UMD members also teach courses that include discussion of racial or ethnic identity, which involves having classroom discussions that touch on topics associated with race and ethnicity.

9.      UAM-UMD is led by a six-member Executive Board, and each person serving on the board is elected by UAM-UMD membership.

10.     Though UAM-UMD is an affiliate of AAUP and serves as AAUP's chapter for the University of Maryland, College Park, UAM-UMD is a separate organization with its own nonprofit status.

*The University of Maryland, College Park's Federal Contracts*

11.     The University of Maryland, College Park is a federal contractor that has entered thousands of federal contracts, subcontracts, and contract-like instruments totaling over $700 million since 2007. To date, UMD has more than 50 active federal contracts, totaling more than $116 million. These contracts are with federal agencies including the Department of Defense, Department of Transportation, Health and Human Services, and the Veterans Administration.

*The Contractors Order Chills Expression of UAM-UMD's Members*

12.     UAM-UMD members whose teaching, research, or campus activities involve topics related to diversity, equity, or inclusion fear that their work might be considered "racially discriminatory DEI activities" under the Contractors Order and therefore might endanger the University's federal contracts and lead to adverse employment consequences as the Order is

interpreted and implemented. Some of these members have already begun changing their expression to try to mitigate that concern.

13.    Similarly, UAM-UMD members whose teaching, research, or campus activities involve associating with other people based on a shared interest in topics relating to racial or ethnic identity also fear that their work will be considered "racially discriminatory DEI activities" and will endanger the University's federal contracts and lead to adverse employment consequences because of the Contractors Order and its implementation. These members, too, have started to shift their speech and association in an effort to protect the university, their work, and themselves.

14.    For example, one UAM-UMD member, who I will refer to as Member A, reasonably fears that they will be pressured or instructed to end their role as faculty advisor for a student group because that group is dedicated to the recognition and professional advancement of professionals in a specific industry who identify with a particular racial and ethnic group.

15.    Member A's sponsorship of the student group is critical, because without a faculty sponsor, the group will lose its university recognition. That recognition allows the group to use university buildings for events and access university funds for group programming. Even though these resources are available to any recognized student group at the University, and participation in this specific group is open to anyone, Member A is concerned that they will be pressured or instructed to end their role as faculty advisor as part of a larger withdrawal of university services for student groups that involve a racial or ethnic affinity.

16.    I understand from another UAM-UMD member, who I will refer to as Member B, that they reasonably fear that their teaching and research will put the university at risk of losing its federal contracts, and that as a result, they will be pressured or instructed to change or end their

research in order to ensure that their school will not lose its federal contracts. UAM-UMD Member B conducts research that involves maternal health among mothers who identify as members of minority races or ethnicities. Statistically, nonwhite mothers are more likely to experience negative health outcomes. Member B's teaching also includes discussions of race or ethnicity when pertinent to considering how different communities interact with social institutions.

17.     I understand that Member B has chilled their own speech in teaching classes where discussion topics have included race or ethnicity out of fear that even acknowledging differences in health or other outcomes associated with race or ethnicity in a classroom discussion could be weaponized to strip the University of its federal contracts.

18.     Member B has also told me that graduate students they advise have discussed with them whether continuing their academic research and interest in studying and mitigating racial disparities in health outcomes will make it impossible for them to launch academic careers. Member B's graduate students fear that unless they change their areas of research, or otherwise self-censor the way they express their intellectual inquiries, they will lose professional opportunities. Member B themself is concerned that they will have no choice but to chill their own expression to ensure that their work does not lead to negative consequences for the University. Member B's professional status within and outside the university depends on being able to attract and mentor graduate students. Their professional trajectory, opportunities to mentor graduate students, and status in the field will likely be restricted as a result of the Contractors Order. The reputation of Member B's department might suffer also.

19.     As implementation of the Contractors Order moves forward, based on my experience, I expect that an increasing number of UAM-UMD members will experience a chilling effect on

their speech and association just because their expression touches on race or ethnicity, even though it does not discriminate on the basis of race. The Contractors Order's chilling effects harm academic freedom, freedom of intellectual inquiry, effectiveness of educational instruction, and the vibrancy of campus association for UAM-UMD members, and undoubtedly many others. Absent court intervention, those chilling effects will continue to spread.

Dated:   June  3, 2026

_____

Karin Rosemblatt