# EXHIBIT 8

Declaration for Peter Little

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF
DIVERSITY OFFICERS IN HIGHER
EDUCATION, *et al.*,

       Plaintiffs

v.

DONALD J. TRUMP, in his official
capacity as President of the United States, *et
al.*,

       Defendants.

Case No. 26-1532

## DECLARATION FOR PETER LITTLE

I, Peter Little, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the following is true and correct:

1.  I am the Executive Director of the Parking Authority of Baltimore City. I have held my current position since 2004.

2.  The Parking Authority manages parking assets for the City of Baltimore and we develop and implement parking solutions.

3.  Since July 2024, we have had a contract with the United States Department of Veterans Affairs. The objective of the contract is for the VA to obtain "1145 structured and/or surface parking spaces to support the parking needs of the Baltimore VA Medical Center." Because we only had capacity for 500 spaces, we only contracted for 500.

4.  On June 2, 2026, we received the attached "Modification of Contract," effective May 29, 2026, inserting a clause into our contract.

1

5. The only purpose provided for the modification is "to create the new Clause," titled "Addressing DEI Discrimination by Federal Contractors" and to add it into our contract.

6. The modification advises that we are "required to sign this document," and we were instructed to "[r]eview, sign, and return to" our Contract Specialist at the Department of Veterans Affairs. I am not aware that signing is optional.

7. The transmission email advised that "[t]he clause flows down to subcontracts at any tier, including those for commercial products and commercial services, for which the place of delivery or performance is in the United States."

8. The Department of Veterans Affairs did not ask if we had any concerns or attempt to discuss the implication of including the Diversity Ban in our contract.

9. The email transmitting the modification says "[i]f a contractor refuses to agree to a bilateral modification, the contracting officer should consider whether, absent modification, the Contract no longer meets the agency's needs and should therefore be terminated for convenience."

10. As of the date of this declaration, we have not executed or returned the "Modification of Contract."

Dated: June 4, 2026

Peter Little

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 3 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (if applicable) |
|---|---|---|---|
| P00005 | 05-29-2026 | | |

| 6. ISSUED BY | CODE | 19ACQ | 7. ADMINISTERED BY (If other than Item 6) | CODE | 19ACQ |
|---|---|---|---|---|---|
| Department of Veterans Affairs<br>VISN 5 Contracting<br>849 International Drive<br><br>Linthicum MD 21090 | | | Department of Veterans Affairs<br>VISN 5 Contracting<br>849 International Drive<br><br>Linthicum MD 21090 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| BALTIMORE CITY PARKING AUTHORITY INC | | |
| | | 9B. DATED (SEE ITEM 11) |
| 211 N PACA ST | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>36C24524P0738 |
| BALTIMORE MD 21201 | X | |
| CODE 9VD16    FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>12-01-2022 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See CONTINUATION Page

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.212-4 Contract Terms and Conditions

[ ] D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to create the new Clause 52.222-90, Addressing DEI Discrimination by Federal Contractors (APR 2026), and adds this clause to the table of clauses required to be flowed down to subcontracts for commercial products or commercial services in clause 52.244-6 (APR 2026). behalf of this contract.

No other Terms or Conditions have changed.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Jameel Gordon    VA-VHA-RPOE-2022-251419<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

| PREVIOUS EDITION NOT USABLE | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA - FAR (48 CFR) 53.243 |
|---|---|

CONTINUATION PAGE

### A.1 52.222-90 ADDRESSING DEI DISCRIMINATION BY FEDERAL CONTRACTORS (APR 2026)

(a) *Definitions*. As used in this clause—

*Program participation* means membership or participation in, or access or admission to: training, mentoring, or leadership development programs; educational opportunities; clubs; associations; or similar opportunities that are sponsored or established by the contractor or subcontractor.

*Racially discriminatory diversity, equity, and inclusion (DEI) activities* means disparate treatment based on race or ethnicity in the recruitment, employment (e.g., hiring, promotions), contracting (*e.g.*, vendor agreements), program participation, or allocation or deployment of an entity's resources.

(b) In connection with the performance of work under this contract, the Contractor agrees as follows:

(1) The Contractor will not engage in any racially discriminatory DEI activities;

(2) The Contractor will furnish all information and reports, including providing access to books, records, and accounts, as required by the Contracting Officer, for purposes of ascertaining compliance with this clause;

(3) In the event of the Contractor's or a subcontractor's noncompliance with this clause, this contract may be canceled, terminated, or suspended in whole or in part, and the Contractor or subcontractor may be declared ineligible for further Government contracts;

(4) The Contractor will report any subcontractor's known or reasonably knowable conduct that may violate this clause to the Contracting Officer and take any appropriate remedial actions directed by the Contracting Officer; and

(5) The Contractor will inform the Contracting Officer if a subcontractor sues the Contractor and the suit puts at issue, in any way, the validity of this clause.

(6) The Contractor recognizes that compliance with the requirements of this clause are material to the Government's payment decisions for purposes of 31 U.S.C. 3729(b)(4).

(c) The Contractor must include the substance of this clause, including this paragraph (c), in subcontracts at any tier, including those for commercial products and commercial services, except those where the place of delivery or performance is outside the United States.

(End of clause)

## A.1 PRICE/COST SCHEDULE

### ITEM INFORMATION

| ITEM NUMBER | DESCRIPTION OF SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 3.00 | mo | $55,400.000000 | $166,200.00 |
| | Market Center Parking from 7/1 to 9/30 | | | | |
| | | | | GRAND TOTAL | $166,200.00 |