**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al., | Case No. 26-cv-1532 (ABA) |
| Plaintiffs, | |
| v. | |
| Donald J. Trump, in his official capacity as President of the United States, et al., | |
| Defendants. | |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension, it is on this ____12th____ day of ____June____, hereby **ORDERED** that Defendants' Motion is **GRANTED.**

It is hereby **ORDERED**:

- Defendants' deadline to file an opposition to Plaintiffs' Motion for a Preliminary Injunction, *see* ECF No. 28, is extended until **June 25, 2026.**

_____/s/_____
Adam B. Abelson
United States District Judge