## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>     Defendants. | Case No. 26-cv-1532 (ABA) |

## DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

Defendants respectfully move this Court, pursuant to Local Rule 105(3), for leave to file five (5) additional pages in their upcoming memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction, *see* ECF No. 28. Defendants have conferred with Plaintiffs regarding this motion.  Plaintiffs consent to this requested relief.

1.  Pursuant to Local Rule 105(3), Defendants' memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction "shall not exceed thirty (30) pages" unless otherwise ordered by the Court.

2.  Defendants seek leave to file an additional five (5) pages, such that their upcoming memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction shall not exceed thirty-five (35) pages.

3.  The additional pages requested are necessary to fully respond to the arguments raised in Plaintiffs' Motion for Preliminary Injunction.

4.  Defendants have conferred with Plaintiffs and Plaintiffs consent to this requested relief.

5. For the above reasons, Defendants respectfully request that the Court grant this motion, permit Defendants to file five (5) additional pages, such that Defendants' upcoming memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction shall not exceed thirty-five (35) pages.

A proposed order is attached.

Date: June 25, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2026, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*